## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ESTEEM PIERRE,**
**A# 026-693-626,**

    **Petitioner,**

vs.                                                               Case No. 4:17cv519-MW/CAS

**JEFF SESSIONS, et al.,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner is a native and citizen of the Bahamas, ECF No. 1 at 2, who alleged that ICE has been unable to remove him to the Bahamas or any other country. *Id.* at 4. Petitioner claimed it was not significantly likely that he would be removed in the reasonably foreseeable future, and he sought release from detention under Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.*

Respondents filed a response to the petition on January 19, 2018, and advised that "the receiving government has approved a travel

document request." ECF No. 10 at 1.  Thus, Respondents argue that the petition should be denied because "there is a significant likelihood of removal in the reasonably foreseeable future." *Id.*

Petitioner was reminded that if he challenged that assertion, he must file a reply to the response filed by Respondents.  *See* ECF No. 11 (citing ECF No. 4).  Petitioner's response was to be filed no later than February 16, 2018.  ECF No. 11.

The day after that Order, ECF No. 11, was entered, Respondents filed a notice, ECF No. 12, demonstrating that Petitioner had been removed from the United States.  An attached exhibit reveals Petitioner left the United States from Miami on February 6, 2018.  ECF No. 12-1 at 3.  Additionally, Petitioner's copy of the Order reminding him of his deadline to file a reply, ECF No. 11, was returned to the Court as undeliverable.  ECF No. 13.  Accordingly, because Petitioner has received the relief he requested in the petition (release from detention), the petition should be dismissed as moot.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that the petition for writ of habeas corpus, ECF No. 1, be **DISMISSED** as moot

because Petitioner has been removed from the United States and is no longer held in detention.

**IN CHAMBERS** at Tallahassee, Florida, on March 14, 2018.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**