# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ESTEEM PIERRE,**

        **Petitioner,**

v.                                             **Case No. 4:17cv519-MW/CAS**

**JEFF SESSIONS, et al.,**

        **Respondents.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED as moot** because Petitioner has been removed from the United States and is no longer held in detention." The Clerk shall close the file.

**SO ORDERED on April 10, 2018.**

                                                              s/Mark E. Walker            ____
                                                              **United States District Judge**